IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                2:19-cr-223 (7)
                                    Chief Judge Marbley

Julio Angela Homer Gonzalez

### ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 130) that the defendant's guilty pleas be accepted. The Court accepts the defendant's pleas of guilty to Counts 69 and 86 of the Indictment, and he is hereby adjudged guilty on these counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: July 16, 2020                      s\Algenon L. Marbley
                                        Algenon L. Marbley
                                        Chief United States District Judge